# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
The residence/premises/property located at 16 Forest Ridge ) Case No. 1:18-mj-115
Lane, Apartment 2, Fayetteville, Tennessee )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The residence/premises/property located at 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee, as more specifically described in Attachment A

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of violations of 18 U.S.C. § 922(g)(1), as more specifically described in the attached affidavit and in Attachment B of this application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Being a felon in possession of firearms |

The application is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Stephen Gordy, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/03/2018

*Judge's signature*

City and state: Chattanooga, Tennessee    Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

Case 1:18-mj-00115-CHS   Document 1   Filed 12/03/18   Page 1 of 1   PageID #: 1