# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

## I. INTRODUCTION

This Affiant, Stephen Gordy, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, states the following:

1. I, Stephen Gordy, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed since September 2001. I am currently assigned to the Chattanooga, Tennessee Field Office. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigators Training Program. I am a graduate of the ATF National Academy's New Professional Training Program. In the performance of my duties, I have conducted investigations of violations of state and federal laws, including the possession of firearms by prohibited persons, firearms trafficking, and other violent crimes. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws relating to firearms.

2. This affidavit is submitted in support of a search warrant for a residence and premises located at 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee, pictured in Attachment A. As will be detailed below, your Affiant has developed probable cause to believe that **DUSTIN SPRADLING** is a convicted felon unlawfully in possession of firearms. Accordingly, your Affiant is seeking a search warrant for this residence and premises. Your Affiant believes that a search of the residence and premises will provide evidence of **DUSTIN SPRADLING's** possession of firearms. The information in this affidavit is based on personal and other law enforcement personnel's knowledge and observations and of records, reports, and information from ATF and other law enforcement agencies. This affidavit is intended to support probable cause but is not intended to convey all the facts of the entire investigation.

3. Based upon your Affiant's training and experience and participation in investigations involving firearms, your Affiant knows that when firearms are illegally possessed, other supporting items and materials are usually present in addition to the firearms themselves. These supporting items commonly associated with illegal possession of firearms include, but are not limited to, holsters, magazines, records, and photos (including electronically stored) of firearms.

4. Based upon your Affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of Title 18 USC § 922(g)(1) has been committed by DUSTIN SPRADLING.

## II. LOCATION TO BE SEARCHED

5. The residence of **DUSTIN SPRADLING** is located at 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee. It is a one-story structure. The residence has tan siding with white trim and black fake shutters. The roof of the residence has black-colored shingles. **SPRADLING'S** residence is located in a triplex. It is the middle unit. The number "2" is on the front door."

## III. EVIDENCE OF CRIME

6. **DUSTIN SPRADLING** is a person known by your Affiant in a current ongoing investigation involving him being in possession of a firearm at his residence located at 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee. Your Affiant knows through two database checks that **DUSTIN SPRADLING** is a convicted felon, making it unlawful for him to possess a firearm.

7. On November 29, 2018, a confidential source (CS-1) was interviewed by law enforcement officers. CS-1 has previously provided law enforcement reliable information that has led to the arrest of two defendants. Within the 72 hours preceding the interview, CS-1 had seen a small caliber handgun in **DUSTIN SPRADLING'S** residence.

8. On November 27, 2018, information was received from a confidential source (CS-2). CS-2 provided self-incriminating information to law enforcement that was deemed credible. CS-2 stated that **DUSTIN SPRADLING** keeps firearms inside of the residence at 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee. On November 15, 2018, CS-2 observed a SKS style rifle and pistol inside of **DUSTIN SPRADLING'S** residence.

9. On November 27, 2018, Lonnie JOHNSON was interviewed by law enforcement officers. JOHNSON provided self-incriminating information to law enforcement that was deemed credible. JOHNSON agreed to allow his name to be used in this affidavit with the knowledge that the affidavit could be obtained by **DUSTIN SPRADLING**. JOHNSON stated that he knew **DUSTIN SPRADLING** keeps firearms in his residence located at 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee. Specifically, Lonnie JOHNSON was in **DUSTIN SPRADLING'S** residence approximately 30 days ago. JOHNSON recalled seeing two firearms in the residence. One firearm was a "Chinese assault rifle"; the other was a .25-caliber pistol. **SPRADLING** told JOHNSON the rifle functioned. **SPRADLING** told JOHNSON he traded one gram of meth for the .25-caliber pistol.

10. Through training and experience, your Affiant knows that those who own and possess firearms generally do so for long periods of time. This is especially true for prohibited persons; because it is more difficult for prohibited persons to obtain firearms.

11. WHEREFORE, based upon the facts detailed above, together with your Affiant's training and experience in felon in possession of firearm investigations, your Affiant believes and submits there is probable cause to believe that the premises, including the residence, and

curtilage located at 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee will contain evidence, in violation of Title 18, United States Code, Section 922(g)(1). Therefore, I hereby request a warrant for the search of the persons and places described above, for the items listed below:

a. Books, photographs, records, receipts, notes, ledgers, and other papers which show the transportation, ordering, purchase, distribution, possession, and sale of firearms;

b. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

c. Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of purchasing firearms;

d. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes and keys;

e. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

f. Firearms, ammunition, magazines, and gun cases, relating thereto;

g. Any and all other material evidence of violations of 18 U.S.C. Sections 922(g)(1)

Respectfully submitted,

_____
Stephen Gordy, Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Sworn to and subscribed before me this _1_ day of December 2018.

_____
THE HONORABLE CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee is a one-story structure; it is the middle unit of a triplex. The residence has tan siding with white trim and black shutters. The roof of the residence has black-colored shingles. The number "2" is on the front door."



16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee

To arrive at 16 Forest Ridge Lane, Apartment 2, Fayetteville, TN from the intersection of Huntsville Highway and Prospect Road, travel east on Prospect Road for 3 miles, turn right onto Luxor Lane, turn right onto Forest Ridge Lane. Marked on the aerial photo below.



# ATTACHMENT B

1. Books, records, receipts, notes, ledgers, codes, and other papers and electronic records related to the transportation, possession, purchasing and distribution of firearms by prohibited persons.

2. Photographs, videotapes, slides, and other visual depictions of the occupants and owner(s) of 307 Robertson Street, Fayetteville, TN, illegally possessing firearms.

3. Indicia of occupancy, residency, and/or ownership of the premises or other assets including, but not limited to, utility and telephone bills, cancelled checks, and keys.

4. Firearms, ammunition, and items associated with firearms, i.e., magazines, accessories, holsters, and gun cases.

5. Computer equipment, programs, storage disks, cellular phones and printouts evidencing the possession of firearms by prohibited persons.

6. Cellular telephones, including the electronic address book, stored memory feature and the SIM card (or similar type of electronic data storage card) of the cellular telephone evidencing the possession of firearms by prohibited persons.

7. All of which are fruits, evidence, and instrumentalities of crimes against the United States of America; by the occupants and owner(s) of 16 Forest Ridge Lane, Apartment 2, Fayetteville, Tennessee, in violation of Title 18 U.S.C. § 922(g)(1).

1